**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DATA SPEED TECHNOLOGY LLC, | |
| Plaintiff, | |
| v. | C.A. No. 13-621-SLR |
| NOVELL, INC., | |
| Defendant. | |

**JOINT STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE**

Plaintiff Data Speed Technology LLC and defendant Novell, Inc., pursuant to Fed. R.

Civ. P. 41(a)(1), hereby stipulate to the dismissal of all claims in their entirety brought by Data

Speed Technology LLC in the above-captioned action *with* prejudice, with each party to bear its

own costs, expenses, and attorneys' fees.

Dated: August 6, 2013

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Richard D. Kirk (#922)
Stephen B. Brauerman (#4952)
Vanessa R. Tiradentes (#5398)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff Data Speed Technology
LLC*

POTTER ANDERSON & CORROON LLP

*/s/  David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
Rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant Novell, Inc.*

**IT IS SO ORDERED** this _____ day of _____, 2013.

_____
United States District Judge